UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                    CASE NO: 10-36210
   Denise E Morgan                              (Chapter 13)

             Debtor      JUDGE GUY R. HUMPHREY

WITHDRAWAL OF OBJECTION TO CONFIRMATION
AND REQUEST FOR DENIAL OF CONFIRMATION
(DOCKET NUMBER: 14)

 The Chapter 13 Trustee withdraws the OBJECTION TO CONFIRMATION AND
REQUEST FOR DENIAL OF CONFIRMATION filed on or about NOVEMBER 5, 2010.
The Trustee has received information that has satisfied his concerns.

/s/ Jeffrey M. Kellner
 Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE        WAYNE P NOVICK
170 NORTH HIGH ST                2135
SUITE 200                        MIAMISBURG-CENTERVILLE RD
COLUMBUS, OH  43215              CENTERVILLE, OH  45459


Denise E Morgan
7 Dewey Drive
Dayton, OH  45420

Jeffrey M Kellner, Trustee        /S/ Jeffrey M. Kellner_____ jb


1036210_77_20101217_0957_298/T294_jb
###